16744.00A2B9                                                              Document #: 710626

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD M. STALLINGS, Administrator of the Estate of RICHARD R. STALLINGS, Deceased, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| | ) NO. 06-4078-JPG |
| THE BLACK AND DECKER MANUFACTURING COMPANY, a foreign corporation, and BLACK AND DECKER (U.S.) INC., a foreign corporation, | )<br>)<br>)<br>) |
| Defendant. | ) |

## DEFENDANT THE BLACK AND DECKER MANUFACTURING COMPANY'S ANSWER TO PLAINTIFF'S COMPLAINT

Now comes the defendant, The Black and Decker Manufacturing Company, a foreign corporation, by and through its attorneys, Williams Montgomery & John Ltd., for its Answer to Plaintiff's Complaint states as follows:

The Black and Decker Manufacturing Company denies each and every allegation of the Complaint which is directed against it. The Black and Decker Manufacturing Company has not existed since 1985. The Black and Decker Manufacturing Company incorporates by reference the answer of defendant, Black & Decker (U.S.) Inc. as if fully stated herein.

WHEREFORE, the answering defendant, The Black and Decker Manufacturing Company, denies that the plaintiff is entitled to judgment in his favor for any sum whatsoever.

WHEREFORE, the answering defendant, The Black and Decker Manufacturing Company, asks that the complaint against it be dismissed and that judgment be entered in favor of the defendant and against the plaintiff on the remaining pleadings.

The answering defendant, The Black and Decker Manufacturing Company, demands trial by Jury.

## AFFIRMATIVE DEFENSES

Pleading in the alternative, without prejudice to its previously stated denials, and while continuing to assert that the plaintiff should take nothing by his action, the answering defendant, The Black and Decker Manufacturing Company, reiterates and incorporates by reference the Affirmative Defenses plead by the defendant, Black & Decker (U.S.) Inc., as if fully stated herein.

WHEREFORE, the answering defendant, The Black and Decker Manufacturing Company, asks that the complaint against it be dismissed and that judgment be entered in favor of the defendant and against the plaintiff.

The answering defendant, The Black and Decker Manufacturing Company, demands trial by jury.

WILLIAMS MONTGOMERY & JOHN LTD.

s/Edward J. Murphy
EDWARD J. MURPHY

C. Barry Montgomery
Edward J. Murphy
Attorneys for Defendant
Williams Montgomery & John Ltd.
20 N. Wacker Drive, Suite 2100
Chicago, IL 60606
312-443-3200

James B. Bleyer
Bleyer & Bleyer
601 W. Jackson Street
Marion, IL 62959
618-997-1331

16744.00A2B9                                            Document #: 710673

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD M. STALLINGS, Administrator of the Estate of RICHARD R. STALLINGS, Deceased, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) NO. 06-4078-JPG |
| THE BLACK AND DECKER MANUFACTURING COMPANY, a foreign corporation, and BLACK AND DECKER (U.S.) INC., a foreign corporation, | ) ) ) ) |
| Defendant. | ) ) |

CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2006 I electronically filed the attached document with the Clerk of the Court using the CM/ECF system.

Notification of such filing was faxed to:

    Stanton D. Ernest
    Rhine, Ernest & Vargo
    631 N. Market Street
    Mt. Carmel, IL   62863
    618-262-7145

    James B. Bleyer
    Bleyer & Bleyer
    601 W. Jackson Street
    Marion, IL   62959
    618-997-6559

                                s/Edward J. Murphy

                                Edward J. Murphy

C. Barry Montgomery
Edward J. Murphy
WILLIAMS MONTGOMERY & JOHN LTD.
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 443-3200