IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

# NOTICE OF STRIKING
## IN ELECTRONICALLY FILED DOCUMENTS

DATE: July 18, 2006      CASE NAME: STALLINGS V. BLACK & DECKER

CASE NO. : 06-4078-JPG

DOCUMENT NO.: 13      DOCUMENT TITLE: Second Amended Complaint with Jury Demand

One of the following errors/deficiencies has been identified in the document listed above:

- ☐ Document entered in wrong case
- ☐ Document linked incorrectly
- ☐ Incorrect document type selected (PDF and event do not match)
- ☒ Certificate of Service is missing
- ☐ Other:

## ACTION TAKEN BY CLERK'S OFFICE

☒ Docket entry "STRICKEN" as ordered by the Court

## ACTION REQUIRED BY FILER

☒ Document must be re-filed
☐ Amended document must be filed and re-noticed, if applicable

Norbert G. Jaworski
Clerk of Court

_s/ Melinda S. Duncan_
By: Melinda S. Duncan