UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RUSS STALLINGS, Administrator of the Estate of RICHARD R. STALLINGS, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>THE BLACK & DECKER CORPORATION, formerly known as THE BLACK & DECKER MANUFACTURING COMPANY, and BLACK & DECKER (U.S.) INC.,<br><br>Defendants. | Case No. 06-cv-4078-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment in this case is entered in favor of defendants The Black & Decker Corporation, formerly known as The Black & Decker Manufacturing Company, and Black & Decker (U.S.), Inc. and against plaintiff Russ Stallings, Administrator of the Estate of Richard R. Stallings, Deceased, and that this case is dismissed with prejudice.

**DATED:  October 7, 2008**           **NORBERT JAWORSKI**

                                                               **By:s/Deborah Agans, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**